MHN

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** LAMAR EWING          **Defendant(s):** JERRY BALDWIN, et al.

**County of Residence:** WILL          **County of Residence:**

**Plaintiff's Address:**          **Defendant's Attorney:**

Lamar Ewing
N-02620
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV4427
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** /s/ Lamar Ewing          **Date:** 8/6/08

FILED
AUG 06 2008 TC
8-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Holderman
Keys

04cv1713