MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 04 2008
AUG 04 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

LCN

LAMAR EWING,  )
_____ )
Plaintiff/Petitioner(s),  )
-vs-  ) Case No. _____
_____ )
) **08CV4427**
) **JUDGE HOLDERMAN**
_____ ) **MAGISTRATE JUDGE KEYS**
Defendant/Respondent(s).  )

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Lamar Ewing__, being first duly sworn, depose and say that I am the plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to relief. Furthermore, I assert imminent danger of serious physical injury pursuant to 28 U.S.C.A. § 1915 (a,g), due to

The nature of the action is:

(X) Civil Rights  ( ) Habeas Corpus  ( ) Appeal

1. Are you presently employed?   Yes ( )   No (X)

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month which you received. Prison job assignment as floor janitor. $35.00 per month. Employed approximately 1999 thru mid 2000.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )  No (X)
   b. Rent payments, interest or dividends?              Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments?    Yes ( )  No (X)
   d. Gifts or inheritances?                             Yes ( )  No (X)
   e. Any other sources?                                 Yes (X)  No ( )

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

Prison stipend pay of $10.00 per month.

3. Do you own cash, or do you have money in a checking or savings account?
Yes ( ) No (✓) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621

7-22-08
Date

_Lamarr Ewin_
Signature of Plaintiff/Petitioner

- 2 -

## CERTIFICATE

(THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER)

Name of Plaintiff/Petitioner: __Lamar Ewing__

Institution where confined: __Stateville Correctional Center__

Register number: __N-02620__

---

(Instructions: This section is for completion by an authorized officer of the above-named institution only. The plaintiff/petitioner may <u>not</u> write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above. If the plaintiff/petitioner is confined in the Illinois Department of Corrections, you are further requested to attach a print-out of all transactions for this person's account for the past six months.)

I hereby certify that __LAMAR EWING__ currently has the sum
(Name of plaintiff/petitioner)

$__-292.86__ on account to his credit at __Stateville Correctional Center__
(Institution where confined)

In the first calendar month immediately preceding the date
of this certificate, plaintiff/petitioner had a maximum balance of ................ $ __-245.50__
..................................and a minimum balance of $ __-245.50__
In the second calendar month, had a maximum balance of $ __-255.50__
..................................and a minimum balance of $ __-255.50__
In the third calendar month, had a maximum balance of $ __-259.58__
..................................and a minimum balance of $ __-259.58__

I certify that the plaintiff/petitioner likewise has the following securities to his credit according to the records of the institution.

DATED: __7-23-08__

_____T. (signature)_____
Signature of Authorized Officer
of the above Institution

(Rev. 1/93)

- 3 -

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 02/23/2008 thru End; Inmate: N02620; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate:** N02620 Ewing, Lamar  **Housing Unit:** STA-X -LE-01

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | -276.58 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | -266.72 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 7.14 | -259.58 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | -255.50 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | -245.50 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | -236.86 |

| | |
|---|---|
| Total Inmate Funds: | -236.86 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 56.00 |
| Funds Available: | -292.86 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | 2,907.03 |

## RESTITUTIONS

| Rest. # | Vendor | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|
| 4700 | 99999 DOC: 523 Fund Inmate R | Beginning Balance | 10/17/2007 | 10.00 | 10.00 |
| 4701 | 99999 DOC: 523 Fund Inmate R | Beginning Balance | 10/17/2007 | 2099.85 | 2,099.85 |
| 4702 | 99999 DOC: 523 Fund Inmate R | Beginning Balance | 10/17/2007 | 797.18 | 797.18 |
| | | | Total: | 2,907.03 | |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/12/2007 | C1212085 | Disb | Library | 2 DOC: 523 Fund Library | $1.60 |
| 01/23/2008 | C0123091 | Disb | Library | 2 DOC: 523 Fund Library | $4.75 |
| 03/04/2008 | C0304031 | Disb | Library | 2 DOC: 523 Fund Library | $3.30 |
| 05/20/2008 | C0520067 | Disb | Library | 2 DOC: 523 Fund Library | $0.85 |
| 05/20/2008 | w 520 006 | Disb | Library 4.15 | 2 DOC: 523 Fund Library | $5.80 |
| 05/22/2008 | C0522058 | Disb | Library | 2 DOC: 523 Fund Library | $4.50 |
| 05/27/2008 | w 0527 092 | Disb | Library | 2 DOC: 523 Fund Library | $0.85 |
| 05/29/2008 | W 529 026 | Disb | Library | 2 DOC: 523 Fund Library | $1.95 |
| 06/11/2008 | C0611018 | Disb | Library | 2 DOC: 523 Fund Library | $1.35 |
| 06/19/2008 | C0619027 | Disb | Library | 2 DOC: 523 Fund Library | $0.85 |
| 06/19/2008 | C0619041 | Disb | Library | 2 DOC: 523 Fund Library | $11.70 |
| 06/19/2008 | C0619108 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.00 |
| 06/25/2008 | C0625047 | Disb | Library | 2 DOC: 523 Fund Library | $1.95 |
| 06/30/2008 | C0630055 | Disb | Library | 2 DOC: 523 Fund Library | $4.65 |
| 07/02/2008 | C0702027 | Disb | Library | 2 DOC: 523 Fund Library | $4.40 |
| 07/02/2008 | C0702033 | Disb | Library | 2 DOC: 523 Fund Library | $1.70 |
| 07/17/2008 | w 717021 | Disb | Library 26 | 2 DOC: 523 Fund Library | $1.30 |

Date: 7/23/2008
Time: 11:02am
d_list_inmate_trans_statement_composite

Case 1:08-cv-04427   Document 3   Filed 08/04/2008   Page 5 of 5

Stateville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 02/23/2008 thru End;   Inmate: N02620;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N02620 Ewing, Lamar**                                **Housing Unit: STA-X -LE-01**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/17/2008 | w 717023 | Disb | Library 18 | 2 DOC: 523 Fund Library | $0.90 |
| 07/17/2008 | w 717024 | Disb | Library 32 | 2 DOC: 523 Fund Library | $1.60 |
| | | | | **Total Restrictions:** | **$56.00** |