# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4427 | **DATE** | September 4, 2008 |
| **CASE TITLE** | Lamar Ewing (N-02620) vs. Baldwin, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to reconsider *in forma pauperis* status [7] is denied. In light of Plaintiff's recent filing, Plaintiff is given 30 days from the date of **this** order to pay the $350 filing fee. If Plaintiff does not pay the $350 filing fee within 30 days, the Court will enter judgment dismissing this case in its entirety. *See* N.D. Ill. Local Rule 3.3(e).

■[For further details see text below.]    Docketing to mail notices.

## STATEMENT

Plaintiff seeks reconsider of the Court's August 11, 2008 order, that denied Plaintiff's motion for leave to proceed *in forma pauperis*.

Motions for reconsideration serve a limited function of correcting manifest errors of law or fact or presenting newly discovered evidence or an intervening change in the law. *Cosgrove v. Bartolotta*, 150 F.3d 729, 732 (7th Cir. 1998). Reconsideration is appropriate when "the Court has patently misunderstood a party or has made a decision outside the adversarial issues presented to the Court by the parties or has made an error not of reasoning but of apprehension." *Spearman Indus., Inc. v. St. Paul Fire & Marine Ins. Co.*, 139 F. Supp. 2d 943, 945 (N.D. Ill. 2001) (quoting *Bank of Waunakee v. Rochester Cheese Sales, Inc.*, 906 F.2d 1185, 1191 (7th Cir. 1990)). A motion for reconsideration cannot be used to introduce new legal theories for the first time, to raise legal arguments that could have been heard during the pendency of the previous motion, or to present evidence that could have been adduced during the pendency of the original motion. *Publishers Res., Inc. v. Walker-Davis Publ'ns, Inc.*, 762 F.2d 557, 561 (7th Cir. 1985).

The arguments contained in Plaintiff's motion to reconsider were considered when the Court ruled on the initial motion for leave to proceed *in forma pauperis*. Plaintiff fails to identify any clear error of law or fact. Contrary to Plaintiff's argument, the record does support the Court's findings. Accordingly, Plaintiff's motion to reconsider is denied.

In light of Plaintiff's recent filing, Plaintiff is given 30 days from the date of **this** order to pay the $350 filing fee. If Plaintiff does not pay the $350 filing fee within 30 days, the Court will enter judgment dismissing this case in its entirety. *See* N.D. Ill. Local Rule 3.3(e).